FAIRMONT DESIGNS, INC., Dongguan Sunrise Furniture Co., Taicang Sunrise Wood Industry Co., Ltd., and Shanghai Sunrise Furniture Co., Ltd., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

American Furniture Manufacturers Committee for Legal Trade, et al., Defendants–Appellees.

No. 2007–1373.

United States Court of Appeals, Federal Circuit.

Aug. 25, 2008.

J. Michael Taylor, Joseph W. Dorn, Jeffrey M. Telep, King & Spalding LLP, Washington, DC, for Defendants–Appellees.

Peter J. Koenig, Daniel P. Wendt, Miller & Chevalier, Chartered, Washington, DC, for Plaintiffs–Appellants.

Michael J. Dierberg, Michael D. Panzera, Department of Justice, Natasha Robinson, Department of Commerce, Washington, DC, for Defendant–Appellee.

### ORDER

Upon consideration of the parties' joint stipulation of dismissal, the appeal is hereby dismissed, with each party bearing its own costs.